2 A.3d 471

**Benjamin COOPER, Petitioner**

v.

**Honorable Judge Sheila WOODS–SKIPPER President Judge, Philadelphia County, Respondent.**

**No. 50 EM 2010.**

Supreme Court of Pennsylvania.

July 29, 2010.

***ORDER***

PER CURIAM.

**AND NOW,** this 29th day of July, 2010, the Application for Leave to File Original Process is **GRANTED,** and the Petition

for Writ of Mandamus is **DENIED.** Our Prothonotary is directed to strike the name of the jurist from the caption.